# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

April 15, 2015

Clerk, U.S. District Court
District of Central District of California, Southern Division
411 West Fourth Street, Room 1–053
Santa Ana, CA 92701

Re: Imagenetix, Inc. v. Robinson Pharma, Inc., et al., Case No. 3:14–cv–02557–BEN–KSC

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

    Sincerely yours,

    John Morrill,
    Clerk of the Court

    By: s/ K. Betancourt, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: