Daniel Kotchen (admitted *pro hac vice*)

Michael von Klemperer (admitted *pro hac vice*)

**Kotchen & Low LLP**

1745 Kalorama Road NW, Suite 101

Washington, DC 20009

Telephone: (202) 468-4014

Fax: 202-280-1128

Email:  dkotchen@kotchen.com

         mvonklemperer@kotchen.com

Gregory P. Olson, Esq. No. 177942

**Law Office of Gregory P. Olson**

501 West Broadway , Suite 1370

San Diego, CA 92101

Telephone:   (619)564-3650

Facsimile:    (619)233-1969

Email:         greg@olsonesq.com

Attorneys for IMAGENETIX, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| IMAGENETIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBINSON PHARMA, INC., et. al., <br><br> Defendants. | Case No. SACV15-599 JLS (RNBx) <br><br> **[PROPOSED] ORDER APPROVING AMENDED STIPULATED PROTECTIVE ORDER** |

- 1 -

1    FOR GOOD CAUSE SHOWN, the foregoing Amended Stipulated
2  Protective Order (Docket Entry # 37) requested by Stipulation of the parties, is
3  hereby entered.

4

5

6  DATED:  July 02, 2015                    _____
7                                            Robert N. Block
                                             United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPROVING AMENDED
STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS