UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-00599-JLS (RNBx) | Date | December 15, 2015 |
|---|---|---|---|
| Title | IMAGENETIX, INC. V. ROBINSON PHARMA, INC., et al. | | |

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Kotchen | Anthony Cartee |
| | Daniel Do-Khanh |

**Proceedings:**   CLAIM CONSTRUCTION HEARING

   Hearing held.  Oral arguments heard. Matter taken under submission by the Court.

                                                                                          00  :  30

                                                              Initials of Preparer   tg