# Exhibit 43



## U.S. Doctors' Clinical®

### Arthro-7®
HEALTHY JOINT SUPPORT
CLINICALLY PROVEN‡

Over 8 Million Sold

**RESULTS WITHIN 2 WEEKS‡**

CLINICALLY PROVEN

Gluten-Free • Drug-Free • Shellfish-Free

---

### Unsurpassed Quality

Arthro-7® is manufactured in a state-of-the-art facility. Our manufacturer follows the rigorous policies and procedures of cGMP (current Good Manufacturing Practices). All of the ingredients in Arthro-7® are thoroughly tested for purity and potency.

**DIRECTIONS:** For adults only. Take two (2) capsules twice a day for one to two weeks. Once you start seeing positive results, take two (2) capsules daily for maintenance purposes.

#### SUPPLEMENT FACTS
Serving Size 2 Capsules / Servings Per Container 30

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin C (as ascorbic acid) | 140 mg | 234% |
| AR7 Joint Complex | 1170 mg | * |
| Collagen (from chicken)**, Cetyl myristoleate (CMO), Lipase 30, Methylsulfonylmethane (MSM), Turmeric (Curcuma longa extract, root, 95% curcumin), Bromelain (from pineapple, 2400 GDU) | | |

*Daily Value not established.
**Not a significant source of Collagen Type II.

**OTHER INGREDIENTS:** Gelatin, silicon dioxide, magnesium stearate, titanium dioxide.

**WARNING:** Women who are pregnant or lactating and anyone taking medications or other dietary supplements should consult a health care professional before using any nutritional product. If any adverse reactions occur, discontinue use and consult a health care professional.

Not for use by children under the age of 18. Keep out of reach of children. Store in a cool, dry place. Do not use if seal under cap has been broken.

Distributed by:
U.S. Doctors' Clinical®
15568 Brookhurst St. Ste. 374, Westminster, CA 92683
1-800-914-0594 • www.usdoctorsclinical.com
Product No. USAH • Box No. 2    cGMP    MADE IN U.S.A.

‡These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

---



CLINICALLY PROVEN

Gluten-Free
Drug-Free
Shellfish-Free

### Results Seen Within 2 Weeks‡

[Bar chart: % of Participants at 2 weeks, 4 weeks, 8 weeks, 12 weeks — Placebo vs Arthro-7®]

---

### Bone & Joint Health‡



✦ Supports Overall Joint Health‡
✦ Nourishes Joints and Cartilage‡
✦ Supports Mobility‡
✦ Clinically Proven‡



GLUTEN FREE



Arthritis Foundation® Proud Sponsor

**60 CAPSULES** Dietary Supplement

---

### Advisory Board Doctors



Dr. John E. Hahn, DPM, N.D.

**Doctor Recommended**

"I've recommended this product for over 10 years in my clinical practice and I've seen positive results, not only for my patients but also on my own self. Positive results utilizing Arthro-7® have been supported by a UCLA researcher."

— Dr. John E. Hahn, DPM, N.D.

Robinson000032

CONFIDENTIAL



Robinson000033

CONFIDENTIAL