# Exhibit 44

CONFIDENTIAL

Over **8 Million** Units Sold!

NUTRIVITA®




100% Drug Free
100% Shellfish Free




NO COATING

**DIRECTIONS:** For adults only. Take two (2) capsules twice a day for the first four weeks, preferably before any two meals. Continue at this dosage thereafter, or you may reduce to two (2) to three (3) capsules daily for maintenance purposes. Do not take this supplement within one hour of taking medications. Do not exceed the recommended dosage.

**SUPPLEMENT FACTS**

Serving Size 2 Capsules / Servings Per Container 30

| | Amount Per Serving | % Daily Value* |
|---|---|---|
| Vitamin C (as ascorbic acid) | 140 mg | 234% |
| AR7 Joint Complex<br>Collagen (from chicken)**, Cetyl myristoleate (CMO), Lipase 30, Methylsulfonylmethane (MSM), Turmeric (*Curcuma longa* extract, root, 95% curcumin), Bromelain (from pineapple, 2400 GDU) | 1170 mg | * |

*Daily Value not established.
**Not a significant source of Collagen Type II.

**OTHER INGREDIENTS:** Gelatin, silicon dioxide, magnesium stearate, titanium dioxide.

**WARNING:** Women who are pregnant or lactating and anyone taking medications or other dietary supplements should consult a health care professional before using any nutritional product. If any adverse reactions occur, discontinue use and consult a health care professional.

**Not for use by children under the age of 18. Keep out of reach of children. Store in a cool, dry place. Do not use if individual blister unit or foil is broken or missing.**

Distributed by:
**NutriVita®, Inc.**
Huntington Beach, CA 92649
www.nutrivita.com
**1-888-350-3888**

cGMP

MADE IN U.S.A.

Product No. AR9B • Box No.5

‡These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.







CLINICALLY PROVEN

100% Drug Free
100% Shellfish Free

## Unsurpassed Quality

Arthro-7® is manufactured in a state-of-the-art facility in Southern California. Our manufacturer follows the rigorous policies and procedures of cGMP (current Good Manufacturing Practices).



‡These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

Over **8 Million** Units Sold!

NUTRIVITA®




FAST-ACTING JOINT FORMULA‡

- ✓ Supports Overall Joint Health‡
- ✓ Nourishes Joints and Cartilage‡
- ✓ Supports Mobility‡
- ✓ Clinically Proven

CLINICALLY PROVEN

Dietary Supplement **60** CAPSULES

NUTRIVITA®




## Doctor Recommended

"I've recommended this product for over 10 years in my clinical practice and I've seen positive results, not only for my patients but also on my own self. Positive results utilizing Arthro-7® have been supported by a UCLA researcher."

John E. Hahn, DPM, N.D.

Dr. John E. Hahn, DPM, N.D.



CONFIDENTIAL

CONFIDENTIAL






CONFIDENTIAL