# Exhibit 54

FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MARCH 23, 2016