Daniel Kotchen (admitted *pro hac vice*)
Michael von Klemperer (admitted *pro hac vice*)
**Kotchen & Low LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 468-4014
Fax: 202-280-1128
Email:   dkotchen@kotchen.com
           mvonklemperer@kotchen.com

Attorneys for IMAGENETIX, INC.

Daniel Do-Khanh (SBN 195323)
Anthony Cartee (SBN 248721)
**NG DO-KHANH, PC**
3420 Bristol Street, 6th Floor
Costa Mesa, CA 92626
Telephone: (949) 748-8338
Facsimile: (949) 334-1214
Email: daniel@ndklaw.com
Email: acartee@ac-legal.com

Attorneys for ROBINSON PHARMA, INC.;
DOCTOR'S CLINICAL, INC., d/b/a U.S.
Doctor's Clinical; GERO VITA, INC.;
NUTRIVITA LABORATORIES, INC.;
VITASTRONG, INC., d/b/a GardaVita

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC.,<br><br>Plaintiff,<br><br>　　　　v.<br><br>ROBINSON PHARMA, INC., et. al.,<br><br>Defendants. | Case No. SACV15-599 JLS (JCGx)<br><br>**DISCOVERY STIPULATION**<br><br>Fact Discovery Cut-Off: 7/26/16<br>Trial Date: 1/10/17 |

# DISCOVERY STIPULATION

*Agreement Overview*

With the exception of Document Request No. 1 from Plaintiff's First Set of Document Requests and with the exception of email searches (both of which are discussed below), each Defendant agrees to respond fully to Plaintiff's First Set of Document Requests and Second Set of Document Requests. Documents will not be withheld on the basis of date range. Each Defendant (including each officer, director, employee, executive, and document source likely to have responsive information), as well as DRM Resources and Alpha Health Research (including each officer, director, employee, executive, and document source likely to have responsive information), will be searched. If Defendants' fulfillment centers have responsive information not contained by DRM and Alpha, then searches will be conducted for such information. Defendants' counsel of record will conduct searches for responsive documents and will review documents for responsiveness. In doing so, Defendants' counsel will assess whether backups exist of servers or other document storage sources and will ensure such document storage sources are preserved and searched. Defendants' counsel will also issue a litigation hold notice to individuals likely to have responsive and relevant information.

Each Defendant will also fully respond to each interrogatory Plaintiff has propounded.

1

*Request 1 from Plaintiff's First Set of Document Requests*

Defendants will search for the following categories of documents responsive to Request No. 1 from Plaintiff's First Set of Document Requests:[1]

    a.  all transactional data related to the Accused Products as kept in the ordinary course of business, without limit by date, including the quantity of the Accused Products sold, the revenue and margin of the Accused Products sold, the name and contact information for the entity or individual who purchased the Accused Products;

    b.  all marketing and promotional materials related to the Accused Products, including advertisements, trade fair materials, website materials, presentations, video and audio commercials, brochures, fliers, newsletters, product labeling, magazines, *etc.*;

    c.  all manufacturing and scientific materials related to the Accused Products, including formulations;

    d.  all agreements and contracts regarding the Accused Products with retailers, manufacturers, the other Defendants, *etc.*

---

[1] As with the other requests, each Defendant (including each officer, director, employee, executive, and document source likely to have responsive information), as well as DRM Resources and Alpha Health Research (including each officer, director, employee, executive, and document source likely to have responsive information), will be searched. If Defendants' fulfillment centers have responsive information not contained by DRM and Alpha, then searches will be conducted for such information.

e. all communications with distributors and retailers regarding the
Accused Products.

*E-Mail Search*

Defendants (including DRM and Alpha) will collect e-mails from relevant custodians using commonly-used terms, which will include the following terms:[2]

Arthro
Arthro-7
Arthro-8
Osteoarthritis
OA
CMO
"Cetyl-myristoleate"
cetyl
myristoleate
cm
Imagenetix
Spencer
Giffhorn
Nikken
DRM
Patent
676
Celadrin
Walgreens
CVS
Rite
"Rite-Aid"
Study
Studies
676
joint
"joint relief"
arthritis
rheumatoid
Jandra
Thomas

---

[2] The terms will not be case sensitive.

3

*Further Discovery Disputes*

The parties agree and hereby waive the requirements of Local Rule 37. If there are further discovery disputes that cannot be resolved by the parties themselves, such dispute shall be submitted to the Court by telephonic conference, and the parties will submit letter briefs to the Court if so instructed at that time.

Respectfully submitted,

Dated:  May 5, 2016                     **KOTCHEN & LOW LLP**

                                        By: /s/Daniel Kotchen_____
                                            Daniel Kotchen
                                            Michael von Klemperer

                                        Attorneys for IMAGENETIX, INC.

Dated:  May 5, 2016                     **NG DO KHANH, PC**

                                        By: /s/Anthony Cartee_____
                                            Daniel Do-Khanh
                                            Anthony Cartee

                                        Attorneys for ROBINSON PHARMA, INC.;
                                        DOCTOR'S CLINICAL, INC.; GERO
                                        VITA, INC.; NUTRIVITA
                                        LABORATORIES, INC.; VITASTRONG,
                                        INC.