Daniel Kotchen (admitted *pro hac vice*)
Michael von Klemperer (admitted *pro hac vice*)
**Kotchen & Low LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 468-4014
Fax: 202-280-1128
Email:  dkotchen@kotchen.com
        mvonklemperer@kotchen.com

Gregory P. Olson, Esq. No. 177,942
Law Office of Gregory P. Olson
501 West Broadway , Suite 1370
San Diego, CA 92101
Telephone: (619)564-3650
Facsimile: (619)233-1969
Email: greg@olsonesq.com

Attorneys for IMAGENETIX, INC. and Bankruptcy Trustee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBINSON PHARMA, INC., et. al.,<br><br>Defendants. | Case No. SACV15-599 JLS (JCGx)<br><br>**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED FINAL PRETRIAL CONFERENCE ORDER**<br><br>Fact Discovery Cut-Off: 7/26/16<br>Pre-Trial Conference Date: 3/3/17<br>Trial Date: 3/28/17 |

PLEASE TAKE NOTICE that, pursuant to L.R. 16-7, Plaintiff Gerald H. Davis, U.S. Bankruptcy Trustee (substituted for Imagenetix, Inc. pursuant to Fed. R. Civ. P. 17(c))[1] hereby lodges a Proposed Final Pretrial Conference Order.

Respectfully submitted,

Dated: February 20, 2017        **KOTCHEN & LOW LLP**

By: /s/Daniel Kotchen
Daniel Kotchen
Michael von Klemperer

Attorneys for IMAGENETIX, INC. AND BANKRUPTCY TRUSTEE

---

[1] *See* Joint Stipulation to Substitute Real Party in Interest as Plaintiff (Dkt. #93).

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed through the Court's CM/ECF system, which will serve copies on all counsel of record.

By: /s/Daniel Kotchen
Daniel Kotchen

Attorney for IMAGENETIX, INC. AND BANKRUPTCY TRUSTEE