1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| IMAGENETIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBINSON PHARMA, INC., *et al.* <br><br> Defendants. | Case No. SACV 15-599-JLS(JCGx) <br><br> **ORDER GRANTING STIPULATION TO SUBSTITUTE REAL PARTY IN INTEREST AS PLAINTIFF** <br><br> Pre-trial Conf. Date: 3/3/2017 <br> Trial Date: 3/28/2017 |

## ORDER

Good cause appearing and the parties having so stipulated, IT IS HEREBY ORDERED that:

1. The U.S. Bankruptcy Trustee, Gerald H. Davis, is hereby substituted as the plaintiff and real party in interest, pursuant to Federal Rules of Civil Procedure 17(a)(3) and 25(c).

Dated: February 22, 2017

_____
Hon. Josephine L. Staton
United States District Judge