Daniel Kotchen (admitted *pro hac vice*)
Michael von Klemperer (admitted *pro hac vice*)
**Kotchen & Low LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 468-4014
Fax: 202-280-1128
Email: dkotchen@kotchen.com
        mvonklemperer@kotchen.com

Gregory P. Olson, Esq. No. 177,942
**Law Office of Gregory P. Olson**
501 West Broadway , Suite 1370
San Diego, CA 92101
Telephone:   (619)564-3650
Facsimile:   (619)233-1969
Email:        greg@olsonesq.com

Attorneys for IMAGENETIX, INC. AND
BANKRUPTCY TRUSTEE

**NG DO-KHANH, PC**
Daniel Do-Khanh (SBN 195323)
Anthony B. Cartee (SBN 248721)
340 Bristol Street, 6th Floor
Costa Mesa, CA 92626
Telephone: (949) 748-8338
Facsimile: (949) 334-1214
Email: daniel@ndklaw.com
Email: acartee@ac-legal.com

Attorneys for ROBINSON
PHARMA, INC.; DOCTOR'S
CLINICAL, INC., d/b/a U.S.
Doctor's Clinical; GERO VITA;
NUTRIVITA LABORATORIES,
INC.; VITASTRONG, INC.,
d/b/a GardaVita

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBINSON PHARMA, INC., et. al., <br><br> Defendants. | Case No. SACV15-599 JLS (JCGx) <br><br> **JOINT EXHIBIT LIST** <br><br> Fact Discovery Cut-Off: 7/26/16 <br> Pre-Trial Conference Date: 3/3/17 <br> Trial Date: 3/28/17 |

| | **Joint Exhibit List**[1] | | | | |
|---|---|---|---|---|---|
| | Case Name: Imagenetix, Inc. v. Robinson Pharma, *et al.* | | | | |
| | Case Number: SACV15-599 JLS (JCGx) | | | | |
| Exhibit Number | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
| Phan Dep. Ex. 2 (2015) | Robinson Pharma Org. Chart (Robinson000001) | X[2] | | | |
| Phan Dep. Ex. 2 (2016) | 2015 emails re: Daymon and K Mart with Robinson Pharma (Arthro-7) (Robinson012068-73) | X | | | |
| Phan Dep. Ex. 3 (2015) | Mail advertisements for the Accused Products (Robinson000107-109) | X | | | |
| Phan Dep. Ex. 3 (2016) | Robinson Pharma income statement (NATHAN & ASSOC. 2-4) | X | | | |
| Phan Dep. Ex. 4 (2015) | Mail advertisements for the Accused Products (Robinson000111) | X | | | |
| Phan Dep. Ex. 4 (2016) | VitaStrong income statement (NATHAN & ASSOC. 600-603) | X | | | |
| Phan Dep. Ex. 5 | U.S. Doctors' Clinical Arthro-7 advertisement (IMAG-0000280-282) | X | | | |

[1] Exhibits marked with an asterisk (*) may be offered by a party only if the need arises.

[2] X indicates that the parties stipulate as to authenticity.

| | | | | | |
|---|---|---|---|---|---|
| (2015) | | | | | |
| Phan Dep. Ex. 5 (2016) | Formula Code Detail Cost Structure for Arthro-8 capsules (Robinson012027-29) | X | | | |
| Phan Dep. Ex. 6 (2015) | "Effects of Arthro-7® in relieving symptoms of osteoarthritis with mild to moderate arthralgia" study (Robinson000025-31) | X | | | |
| Phan Dep. Ex. 6 (2016) | Gero Vita International income statement (NATHAN & ASSOC. 579-589) | X | | | |
| Phan Dep. Ex. 7 (2015) | "Effects of AR7 Joint Complex on arthralgia for patients with osteoarthritis: Results of a three-month study in Shanghai, China" study (Robinson000019-24) | X | | | |
| Phan Dep. Ex. 7 (2016) | Robinson Pharma, Inc. total purchase of CMO (Robinson012065) | X | | | |
| Phan Dep. Ex. 8 (2015) | February 6, 2014 Letter from Kotchen & Low LLP to Robinson Pharma, Inc. (IMAG-00001018) | X | | | |
| Phan Dep. Ex. 8 (2016) | 2015 email re: Daymon and K Mart with Robinson Pharma (Robinson012078) | X | | | |
| Phan Dep. Ex. 9 (2015) | November 6, 2013 Letter from Kotchen & Low LLP to GardaVita (IMAG-00000605) | X | | | |
| Phan | John Hahn, DPM, ND | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Dep. Ex. 9 (2016) | presentation titled Nutriceuticals and Alternative Therapies for the Treatment of Joint and Ankle Pain (NATHAN & ASSOC. 25-42) | | | | | |
| Phan Dep. Ex. 10 (2015) | February 6, 2014 Letter from Kotchen & Low LLP to Gero Vita, Inc. (IMAG-00000797) | X | | | | |
| Phan Dep. Ex. 10 (2016) | Arthro-7 PowerPoint presentation (NATHAN & ASSOC. 11-24) | X | | | | |
| Phan Dep. Ex. 11 (2015) | Alpha Health Research / DRM Resources company overview webpage (IMAG-0000351) | X | | | | |
| Phan Dep. Ex. 11 (2016) | DRM Resources LinkedIn page (IMAG-0008631) | X | | | | |
| Phan Dep. Ex. 12 (2015) | Gero Vita, Inc. sale summary of Arthro-7 (Robinson000002) | X | | | | |
| Phan Dep. Ex. 12 (2016) | Arthro-7 advertisement (NATHAN & ASSOC. 562) | X | | | | |
| Phan Dep. Ex. 13 (2015) | VitaStrong/Garda Vita sale summary of Arthro-7 and Arthro-8 (Robinson000003) | X | | | | |
| Phan Dep. Ex. 13 | Arthro-7 advertisement (NATHAN & ASSOC. 563) | X | | | | |

4

| | | | | | |
|---|---|---|---|---|---|
| (2016) | | | | | |
| Phan Dep. Ex. 14 (2015) | Nutrivita Lab sale summary of Arthro-7 (Robinson000004) | X | | | |
| Phan Dep. Ex. 14 (2016) | Joint Support Complex Summary of Clinical Trial Results (NATHAN & ASSOC. 551-559) | X | | | |
| Phan Dep. Ex. 15 (2015) | US Doctor's Clinical sale summary of Arthro-7 (Robinson000005) | X | | | |
| Phan Dep. Ex. 16 (2015) | Arthro-8 packaging (Robinson000038-39) | X | | | |
| Phan Dep. Ex. 17 (2015) | U.S. Doctor's Clinical Arthro-8 website (IMAG-0001962) | X | | | |
| Phan Dep. Ex. 18 (2015) | Robinson Pharma Inc. Arthro-7 Cost 60 Counts (Robinson000006) | X | | | |
| Phan Dep. Ex. 19 (2015) | VitaStrong magazine advertisement for Arthro-7 (Robinson000048-53) | X | | | |
| Phan Dep. Ex. 20 (2015) | GardaVita magazine advertisement for Arthro-7 (Robinson000055-60) | X | | | |
| Phan Dep. Ex. 21 (2015) | Arthro-7 packaging (Robinson000032-33) | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Phan Dep. Ex. 22 (2015) | Arhro-7 packaging (Robinson000034) | X | | | | |
| 23 | February 6, 2014 Letter from Kotchen & Low LLP to Nutrivita Laboratories, Inc. (IMAG-00001007) | X | | | | |
| 24 | February 6, 2014 Letter from Kotchen & Low LLP to Artrho-7, Inc. (IMAG-00000254) | X | | | | |
| 25 | Sales data for the Accused Products and Arthro-7 Cost Counts (Robinson000202-4296; Robinson007533-12024; Robinson012066) | X | | | | |
| 26 | Defendants' registrations with the Secretary of State (Robinson000007-18) | X | | | | |
| 27 | Arthro-7 and Arthro-8 packaging materials (Robinson000035-36) | X | | | | |
| 28 | Emails between Imagenetix and Robinson Pharma (Robinson000040-46) | X | | | | |
| 29 | Advertisements for the Accused Products - magazines (Robinson000047-62) | X | | | | |
| 30 | Advertisements for the Accused Products - mailers (Robinson000063-84) | X | | | | |
| 31 | Advertisements for the Accused Products - mailers (Robinson000085-96) | X | | | | |
| 32 | Advertisements for the | X | | | | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Accused Products - mailers (Robinson000097-106) | | | | |
| | 33 | Advertisements for the Accused Products - letters (Robinson000107-131) | X | | | |
| | 34 | Robinson Pharma packing slips (Robinson000132-196) | X | | | |
| | 35 | Robinson Pharma formulas, blending instructions, and weight sheets (Robinson012025-12064) | X | | | |
| | 36 | Doctor's Clinical, Inc. customer contact list (Robinson012067) | X | | | |
| | 37 | 2015 Emails re: Bartell Drugs and US Doctor's Clinical: Arthro-7: McKesson (Robinson012080-81) | X | | | |
| | 38 | 2015 Emails re: Traffic and Revised Creative – USDC Arthro 7 (Robinson012082-87) | X | | | |
| | 39 | 2015 Emails re: Arthro7 (Robinson012088-93) | X | | | |
| | 40 | 2015 Emails re: Arthro7 Retail Boxes (Robinson012093-95) | X | | | |
| | 41 | 2015 Emails re: Arthro7 Offer (Robinson012096-97) | X | | | |
| | 42 | 2015 Emails re: Arthro7 Commercial Logo Approval (Robinson012115-16) | X | | | |
| | 43 | 2015 Emails re: A7 – Rite Aid | X | | | |

JOINT EXHIBIT LIST
CASE NO. SACV15-599 JLS (JCGx)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (Robinson012119-20) | | | | |
| | 44 | 2015 Emails re: AmerisourceBergen to Attend ECRM's Health Care Event! (Robinson012124-27) | X | | | |
| | 45 | 2015 Emails re: Arthro 7 new item (Robinson012128-29) | X | | | |
| | 46 | 2015 Emails re: Arthro 7 Promotions at Walgreens (Robinson012346-55) | X | | | |
| | 47 | 2015 Emails re: Arthro 7 – USDC (Robinson012198-99) | X | | | |
| | 48 | 2015 Emails re: Arthro7 (Robinson012200-43) | X | | | |
| | 49 | 2015 Emails re: Arthro-7 / U.S. Doctors' Clinical (Robinson012244-66) | X | | | |
| | 50 | 2015 Emails re: Arthro-7 / USDC (Robinson012267-77) | X | | | |
| | 51 | 2015 Emails re: Arthro-7 / USDC (Robinson012278-86) | X | | | |
| | 52 | 2015 Email re: Arthro-7 for Bulu Box (Robinson012319) | X | | | |
| | 53 | 2015 Emails re: Arthro-7 for Raley's stores (Robinson012320-37) | X | | | |
| | 54 | 2015 Emails re: Arthro-7 Kroger Promotions (Robinson012320-27) | X | | | |
| | 55 | 2015 Emails re: Arthro-7 on Walgreens.com | X | | | |

JOINT EXHIBIT LIST
CASE NO. SACV15-599 JLS (JCGX)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (Robinson012336-39) | | | | |
| | 56 | 2015 Email re: Arthro 7 Pricing (Robinson012343) | X | | | |
| | 57 | 2015 Emails re: Cardinal Health Distributor (Robinson012356-57) | X | | | |
| | 58 | 2015 Emails re: COI – Certificate of Insurance USDC Arthro-7 (Robinson012358-59) | X | | | |
| | 59 | 2015 Emails re: CVS (Robinson012360-74) | X | | | |
| | 60 | 2015 Email re: Distributor / Retailer NDA requirement (Robinson012381) | X | | | |
| | 61 | 2015 Emails re: Doctor's Clinical, Inc. EDI Testing / Certification (Robinson012382-86) | X | | | |
| | 62 | 2015 Emails re: ECRM (Robinson012406-08) | X | | | |
| | 63 | 2015 Emails re: Doctor's Clinical Inc has not completed the vendor On-boarding process (Robinson012409-10) | X | | | |
| | 64 | 2015 Emails re: Hi-School Pharmacy and Robinson Pharma ECRM Follow up (Robinson012411-15) | X | | | |
| | 65 | 2015 Emails re: I-Herb and USDC / Robinson Pharma (Robinson012416-18) | X | | | |
| | 66 | 2015 Emails re: New Vendor Setup Item Questions – Doctor's Clinical (Robinson012419-21) | X | | | |

9

JOINT EXHIBIT LIST
CASE NO. SACV15-599 JLS (JCGx)

| 67 | 2015 Emails re: Opportunity for Arthro-7 (Robinson012427-28) | X | | | |
| 67 | 2015 Emails re: Schnucks Markets and US Doctors' Clinical formulas (Robinson012429-41) | X | | | |
| 68 | 2015 Emails re: Sears Holdings Onboarding (Robinson012442-43) | X | | | |
| 69 | 2015 Emails re: Shopko (Robinson012444-49) | X | | | |
| 70 | 2015 Emails re: Swanson Health Products and US Doctor's Clinical (Robinson012450-53) | X | | | |
| 71 | 2015 Emails re: Updates (Robinson012454-60) | X | | | |
| 72 | 2015 Emails re: US Doctors' Clinical-Arthro-7 and K-Mart Meeting recap (Robinson012451-73) | X | | | |
| 72 | 2015 Email re: Walgreens Initial Forecast (Robinson012474) | X | | | |
| 73 | 2015 Emails re: I-Herb: Item Mix (Robinson012475-76) | X | | | |
| 74 | 2014 Email re: Arthro 7 (Robinson012479) | X | | | |
| 75 | 2011 Email re: Arthro 7 volumes (Robinson012480) | X | | | |
| 76 | 2011 Emails re: Weekly Call 9-6 Recap (Robinson012482) | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | 2011 Emails re: Category 43 Items Needed Online (Robinson012484-97) | X | | | |
| 78 | 2011 Emails re: Arthro-7 (Robinson012498-03) | X | | | |
| 79 | 2011 Emails re: Arthro 7 Mass market (Robinson012504-06) | X | | | |
| 80 | 2011 Emails re: Drug Store News pricing info (Robinson012507-10) | X | | | |
| 81 | 2011 Emails re: Arthro-7-April 2011/May 2011 Proud Sponsor Invoice (Robinson012511-13) | X | | | |
| 82 | Marcor Development Corporation certificates of analysis (Robinson012514-12546) | X | | | |
| 83 | U.S. Patent 5,569,676 (Dkt. #1-1) | X | | | |
| 84 | Amendment and Response to Office Action – Reexamination Proceeding (Dkt. #42-2) | X | | | |
| 85 | Patent Trial and Appeal Board of the United States Patent and Trademark Office decision affirming the validity of the '676 Patent (Robinson007346-60) | X | | | |
| 86 | Complaint (Dkt. #1) | X | | | |
| 87 | Answer (Dkt. #24) | X | | | |
| 88 | All of Plaintiff's Discovery Requests | X | | | |
| 89 | All of Defendants' | X | | | |

11

| | | | | | |
|---|---|---|---|---|---|
| | Discovery Responses | | | | |
| 90 | Joint Discovery Stipulation (Dkt. #57) | X | | | |
| 91 | Order on Joint Discovery Stipulation (Dkt. #58) | X | | | |
| 92 | Report and Recommendation Granting in Part and Denying in Part Plaintiff's Motion for Sanctions (Dkt. #87) | X | | | |
| 93 | Order Accepting Report and Recommendation of U.S. Magistrate Judge With One Modification (Dkt. #92) | X | | | |
| 94 | 2013 Email between Imagenetix and Robinson Pharma, Term Sheet (IMAG-00002713-14) | X | | | |
| 95 | 2013 Emails between Imagenetix and to Robinson Pharma (IMAG-00002546-47) | X | | | |
| 96 | 2013 Emails between Imagenetix and to Robinson Pharma (IMAG-00003128-30) | X | | | |
| 97 | 2010 Email re: Robinson Pharma (IMAG-0007667) | X | | | |
| 98 | 2010 Email re: Robinson Pharma (IMAG-0002923) | X | | | |
| 99 | 2009 Email re: Robinson Pharma (IMAG-0003261) | X | | | |
| 100 | Arthro-7 reviews: http://www.arthro7reviews.com/written_testimonials.asp | X | | | |

| | | x | | | | |
|---|---|---|---|---|---|---|
| | 101 | U.S. Doctors' Clinical Arthro-7 testimonial (IMAG-00001958) | X | | | |
| | 102 | U.S. Doctors' Clinical Arthro-7 testimonials (IMAG-00000255) | X | | | |
| | 103 | Arthro-7 testimonials (IMAG-00000366) | X | | | |
| | 104 | Garda Vita Arthro-7 product reviews (IMAG-00000583) | X | | | |
| | 105 | Nikken Label (IMAG00008620) | X | | | |
| | 106 | Robinson Pharma packing label for Nikken softgels (IMAG-00000350) | X | | | |
| | 107 | "Cetylated Fatty Acids Improve Knee Function in Patients with Osteoarthritis" study (IMAG-0000103-111) | X | | | |
| | 108 | " Effect of a Cetylated Fatty Acid Topical Cream on Functional Mobility and Quality of Life of Patients with Osteoarthritis" study (IMAG-0000112-128) | X | | | |
| | 109 | "Effects of Treatment with Cetylated Fatty Acid Topical Cream on Static Postural Stability and Plantar Pressure Distribution in Patients with Knee Osteoarthritis" study (IMAG-0000129-135) | X | | | |
| | 110 | "A Cetylated Fatty Acid Topical Cream with Menthol | X | | | |

13

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Reduces Pain and Improves Functional Performance in Patients with Arthritis" study (IMAG-0000136-156) | | | | |
| | 111 | "Incorporation of Myristyl Hexadecanol and Its Metabolites into Membranes of Tissues and White Blood Cells of Rats" study (IMAG-0000157-173) | X | | | |
| | 112 | Arthritis article: www.cdc.gov/arthritis/basics/rheumatoid.htm | X | | | |
| | 113 | Expert Report of D. Scott Bosworth, CFA | X | | | |
| | 114 | Expert Report of Stuart L. Silverman, M.D. FACP FACR | X | | | |
| | 115 | Phan Dep. Tr. (Sept. 30, 2015) | X | | | |
| | 116 | Phan Dep. Tr. (Oct. 14, 2016) | X | | | |
| | 117 | Spencer Decl. (Dec. 29, 2014) (Dkt. #14-1) | X | | | |
| | 118 | Nguyen Decl. (Nov. 26, 2014) (Dkt. #7-2) | X | | | |
| | 119 | Supplemental Nguyen Decl. (Jan. 5, 2015) (Dkt. #15-1)_ | X | | | |
| | 120 | DRM Company Profile (IMAG-0000353) | X | | | |
| | 121 | Robinson Pharma about us webpage (IMAG-0001019) | X | | | |
| | 122 | Robinson Pharma, Inc. brochure (IMAG-0001026) | X | | | |
| | 123 | U.S. Doctors' Clinical | X | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Arthro-7 commercial: https://www.youtube.com/watch?v=_G06DPF00X8 (IMAG-0000320, 236) |  |  |  |  |
| 124 | U.S. Doctors' Clinical Arthro-7 webpage: http://www.usdoctorsclinical.com/arthro-7-joint-health-dietary-supplement (IMAG-0001049) | X |  |  |  |
| 125 | U.S. Doctors' Clinical Arthro-7 webpage (IMAG-0001960) | X |  |  |  |
| 126 | U.S. Doctors' Clinical Arthro-8 advertisement (IMAG-0001962) | X |  |  |  |
| 127 | Arthro-7 YouTube Videos: https://www.youtube.com/channel/UCUIBQu5ijjAcdH73SWDCoRQ | X |  |  |  |
| 128 | Arthro-7 website (IMAG-0000284) | X |  |  |  |
| 129 | Arthro-7 website (IMAG-0000305) | X |  |  |  |
| 130 | Arthro-7 online product information (IMAG-0000294) | X |  |  |  |
| 131 | Arthro7 Facebook page (IMAG-0000238, 204-05) | X |  |  |  |
| 132 | Arthro-7 label copy (IMAG-0000356) | X |  |  |  |
| 133 | Arthro-7 product information (IMAG-0005640) | X |  |  |  |
| 134 | Arthro-7 Supplement Facts (IMAG-0000323) | X |  |  |  |
| 135 | Nutrivita Arthro-7 webpage | X |  |  |  |

15

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (IMAG-0001004) | | | | |
| | 136 | Nutrivita Arthro-7 webpage (IMAG-0001008) | X | | | |
| | 137 | Nutrivita Amazon webpage (IMAG-0000210) | X | | | |
| | 138 | Gardavita Journal of Longevity Catalog (IMAG-0001040) | X | | | |
| | 139 | Gardavita Arthro-7 webpage (IMAG-0000578) | X | | | |
| | 140 | Gardavita Arthro-8 webpage (IMAG-0000593) | X | | | |
| | 141 | Gardavita Amazon webpage (IMAG-0000206) | X | | | |
| | 142 | Gardavita email advertisement for Arthro-7 (IMAG-0002888) | X | | | |
| | 143 | Gardavita advertisement for Arthro-7 (IMAG-0000201-02) | X | | | |
| | 144 | GVI Product details for Arthro-7 (IMAG-0000810) | X | | | |
| | 145 | Rakuten.com sale of Arthro-7 (IMAG-0000218) | X | | | |
| | 146 | Herbs & Vitamins sale of Arthro-8 (IMAG-0000334) | X | | | |
| | 147 | Walgreens sale of Arthro-7 (IMAG-0000223) | X | | | |
| | 148 | Walgreens receipt (IMAG-0008403) | X | | | |
| | 149 | GNC sale of Arthro-7 (IMAG-0000215) | X | | | |
| | 150 | Email chain re CM oil (Robinson000043-44) | X | | | |

16

| 151 | Magazine advertisements (Robinson000049-62) | X | | | |
| 152 | Declaration of Stuart L. Silverman, MD (Robinson006772-6776) | X | | | |
| 153 | Original File Wrapper for the '676 patent (Robinson 007424-7532) | X | | | |
| 154 | Proprietary blend formula (Robinson012030) | X | | | |
| 155 | Doctor's Clinical advertisements (Robinson012247-50) | X | | | |
| 156 | Robinson Pharma website page (NATHAN & ASSOC. 11-24) | X | | | |
| 157 | Robinson Pharma Income Statement (NATHAN & ASSOC. 590-91) | X | | | |
| 158 | Gero Vita Income Statement (NATHAN & ASSOC. 592-95) | X | | | |
| 159 | Nutrivita Income (NATHAN & ASSOC. 596-99) | X | | | |
| 160 | Assignment of U.S. Patent No. 5,569,676 (IMAG-000099-101 | X | | | |
| 161 | Arthro-7 TV commercial (IMAG-000235) | X | | | |
| 162 | Arthro-8 website (IMAG-000324-333) | X | | | |
| 163 | Email from Robinson turning down purchase of Celadrin and patent (IMAG-3057) | X | | | |
| 164 | Rebuttal Expert Report of Hank J. Kahrs, | X | | | |

JOINT EXHIBIT LIST
CASE NO. SACV15-599 JLS (JCGX)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | CPA/ABV/CFF, CFE, CMA | | | | |
| | 165 | Rebuttal Expert Report of Bruce Freundlich, MD | X | | | |
| | 166 | Email chain attaching Kim Vanderlindin notes re Imagenetix's lawsuits and potential lawsuits (IMAG-005650-52) | X | | | |
| | 167 | Kim Vanderlindin notes re Imagenetix's lawsuits and potential lawsuits (IMAG-005658-669) | X | | | |
| | 168 | November 6, 2013 Letter from Kotchen & Low LLP to BioCell (IMAG-000349) | X | | | |
| | 169 | November 6, 2013 Letter from Kotchen & Low LLP to Douglas Laboratories (IMAG-000355) | X | | | |
| | 170 | November 6, 2013 Letter from Kotchen & Low LLP to EHP Products (IMAG-000357) | X | | | |
| | 171 | November 6, 2013 Letter from Kotchen & Low LLP to Flexcin International (IMAG-000526) | X | | | |
| | 172 | November 6, 2013 Letter from Kotchen & Low LLP to Jarrow Formulas (IMAG-000349) | X | | | |
| | 173 | November 6, 2013 Letter from Kotchen & Low LLP to Natrol Products (IMAG-000988) | X | | | |

| 174 | November 6, 2013 Letter from Kotchen & Low LLP to Natrual Products Center (IMAG-000989) | X | | | |
|---|---|---|---|---|---|
| 175 | November 6, 2013 Letter from Kotchen & Low LLP to Natural Standard Corporation (IMAG-000990) | X | | | |
| 176 | March 11, 2014 Letter from Kotchen & Low LLP to Neways Enterprises (IMAG-000991-1002) | X | | | |
| 177 | November 6, 2013 Letter from Kotchen & Low LLP to Next Level Nutrition (IMAG-001003) | X | | | |
| 178 | November 6, 2013 Letter from Kotchen & Low LLP to PermaHealth (IMAG-001013) | X | | | |
| 179 | November 6, 2013 Letter from Kotchen & Low LLP to Platinum Performance (IMAG-001014) | X | | | |
| 180 | November 6, 2013 Letter from Kotchen & Low LLP to Pureformulas (IMAG-001015) | X | | | |
| 181 | November 6, 2013 Letter from Kotchen & Low LLP to Rocking S (IMAG-001016) | X | | | |
| 182 | November 6, 2013 Letter from Kotchen & Low LLP to Rich Distributing (IMAG-001017) | X | | | |

JOINT EXHIBIT LIST
CASE NO. SACV15-599 JLS (JCGX)

| | | | | | | |
|---|---|---|---|---|---|---|
| 183 | November 6, 2013 Letter from Kotchen & Low LLP to Dr. Ray Sahelian (IMAG-001036) | X | | | | |
| 184 | November 6, 2013 Letter from Kotchen & Low LLP to Silver Bullet Health and Nutritionals (IMAG-001044) | X | | | | |
| 185 | November 6, 2013 Letter from Kotchen & Low LLP to ViriLife (IMAG-001964) | X | | | | |
| 186 | November 6, 2013 Letter from Kotchen & Low LLP to Water Health Holisitic Services (IMAG-001967) | X | | | | |
| 187 | Emails re cetylmax and flexadrin 9/17/2005 (IMAG-04394) | X | | | | |
| 188 | Cetyl Myristoleate article (IMAG-4397) | X | | | | |
| 189 | All discovery propounded by Defendants to Imagenetix | X | | | | |
| 190 | All discovery responses from Imagenetix to Defendants | X | | | | |

/// 
/// 
///

JOINT EXHIBIT LIST
CASE NO. SACV15-599 JLS (JCGX)

Respectfully submitted,

Dated:  February 24, 2017          **KOTCHEN & LOW LLP**

By: /s/Daniel Kotchen
          Daniel Kotchen
          Michael von Klemperer

Attorneys for IMAGENETIX, INC. AND
BANKRUPTCY TRUSTEE

**NG DO-KHANH, PC**

By: /s/Anthony Cartee
Anthony Cartee, Esq.

Attorney for Defendants

JOINT EXHIBIT LIST
CASE NO. SACV15-599 JLS (JCGX)

## SIGNATURE ATTESTATION

I certify that the aforementioned signatories concur in the filing's content and have authorized the filing of this document.

By: /s/Daniel Kotchen
Daniel Kotchen

Attorney for IMAGENETIX, INC. AND BANKRUPTCY TRUSTEE

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed through the Court's CM/ECF system, which will serve copies on all counsel of record.

By: /s/Daniel Kotchen
Daniel Kotchen

Attorney for IMAGENETIX, INC. AND BANKRUPTCY TRUSTEE

22