Daniel Kotchen (admitted *pro hac vice*)
Michael von Klemperer (admitted *pro hac vice*)
**Kotchen & Low LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone: (202) 468-4014
Fax: 202-280-1128
Email:   dkotchen@kotchen.com
             mvonklemperer@kotchen.com

Gregory P. Olson, Esq. No. 177,942
**Law Office of Gregory P. Olson**
501 West Broadway , Suite 1370
San Diego, CA 92101
Telephone:   (619)564-3650
Facsimile:   (619)233-1969
Email:         greg@olsonesq.com

Attorneys for IMAGENETIX, INC. and BANKRUPTCY TRUSTEE

**NG DO-KHANH, PC**
Daniel Do-Khanh (SBN 195323)
Anthony B. Cartee (SBN 248721)
340 Bristol Street, 6th Floor
Costa Mesa, CA 92626
Telephone: (949) 748-8338
Facsimile: (949) 334-1214
Email: daniel@ndklaw.com
Email: acartee@ac-legal.com

Attorneys for ROBINSON PHARMA, INC.; DOCTOR'S CLINICAL, INC., d/b/a U.S. Doctor's Clinical; GERO VITA; NUTRIVITA LABORATORIES, INC.; VITASTRONG, INC., d/b/a GardaVita

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC.,<br><br>Plaintiff,<br><br>   v.<br><br>ROBINSON PHARMA, INC., et. al.,<br><br>Defendants. | Case No. SACV15-599 JLS (JCGx)<br><br>**JOINT WITNESS LIST**<br><br>Fact Discovery Cut-Off: 7/26/16<br>Pre-Trial Conference Date: 3/3/17<br>Trial Date: 3/28/17 |

| | **Joint Witness List**[1] | | | | |
|---|---|---|---|---|---|
| | Case Name: Imagenetix, Inc. v. Robinson Pharma, *et al.* | | | | |
| | Case Number: SACV15-599 JLS (JCGx) | | | | |
| No. of Witness | Witness Name | Party Calling Witness and Estimate | X-Examiner's Estimate | Description of Testimony | Comments |
| 1 | Giffhorn, Lowell | Plaintiff – 3.0 | Defendant – 1.5 | Background information on Imagenetix, the Patent, and Defendants' liability | |
| 2 | Spencer, William ("Bill") | Plaintiff – 3.0 | Defendant – 1.5 | Background information on Imagenetix, the Patent, and Defendants' liability | |
| 3 | Silverman, Stuart L. | Plaintiff – 1.5 | Defendant – 1.0 | Expert on Infringement | |
| 4 | Bosworth, Scott D. | Plaintiff – 3.0 | Defendant – 1.5 | Expert on Damages | |
| 5 | Nguyen, Tom | Plaintiff – 1.25 | Defendant – 1.0 | Defendants' liability | Needs interpreter |
| 6 | Phan, Elaine (*) | Plaintiff – 1.0 | Defendant – 1.0 | Defendants' liability | |
| 7. | Nguyen, Tom | Defendant – 1.5 | Plaintiff – 1.0 | Background information on accused products and Defendants | Needs interpreter |
| 8. | Phan, Elaine | Defendant – 3.0 | Plaintiff – 2.0 | Background information on accused products, sales, | |

[1] Witnesses marked with an asterisk (*) may be called only if the need arises.

| | | | | |
|---|---|---|---|---|
| | | | | and background on Defendants |
| 9. | Pham, Henry | Defendant – 1.5 | Plaintiff – 0.5 | Accused product information |
| 10. | Hahn, Dr. John | Defendant – 1.5 | Plaintiff – 1.0 | Information on accused products |
| 11. | Freundlich, Dr. Bruce | Defendant – 1.0 | Plaintiff – 0.75 | Defendants' expert on infringement |
| 12. | Jahangiri, Suliman | Defendant – 1.0 | Plaintiff – 1.0 | Marketing and sales of accused products |
| 14. | Kahrs, Hank | Defendant – 1.5 | Plaintiff – 1.0 | Defendants' expert on damages |
| 15. | Spencer, William (*) | Defendant – 0.5 | Plaintiff – 0.25 | History and relationship between Plaintiffs and Defendants |
| 16. | Parrish, Elaine (*) | Defendant – 1.0 | Plaintiff – 0.25 | History of patent |
| 17. | Parrish, Bill (*) | Defendant – 1.0 | Plaintiff – 0.25 | History of patent and prior relationship of patent holders and Defendants |
| 18. | Goodrich, William ("Decky") (*) | Defendant – 0.5 | Plaintiff – 0.25 | Relationship between Plaintiff and Defendants |

Respectfully submitted,

Dated: February 24, 2017      **KOTCHEN & LOW LLP**

By: /s/Daniel Kotchen
    Daniel Kotchen
    Michael von Klemperer

Attorneys for IMAGENETIX, INC. AND BANKRUPTCY TRUSTEE

**NG DO-KHANH, PC**

By: /s/Anthony Cartee
    Anthony Cartee, Esq.

Attorney for Defendants

## SIGNATURE ATTESTATION

I certify that the aforementioned signatories concur in the filing's content and have authorized the filing of this document.

By: /s/Daniel Kotchen
Daniel Kotchen

Attorneys for IMAGENETIX, INC. AND BANKRUPTCY TRUSTEE

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed through the Court's CM/ECF system, which will serve copies on all counsel of record.

By: /s/Daniel Kotchen
Daniel Kotchen

Attorney for IMAGENETIX, INC. AND BANKRUPTCY TRUSTEE