UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

FILED SEP 25 2017
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## NOTE FROM THE JURY

CASE NO. SACV 15-00599-JLS-JCG

DATE: 9/25
TIME: 10:36

TITLE:   IMAGENETIX, INC.

     v.

ROBINSON PHARMA, INC., et al.

JURY NOTE NO. ①

✓     THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

~~Was the patent infringe~~ Do we include the years 2006 & 2007 as potential infrigement years?

SIGNATURE OF THE PRESIDING JUROR