FILED
CLERK, U.S. DISTRICT COURT
SEP 2 5 2017
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Redacted

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC., <br> Plaintiff, <br> v. <br> ROBINSON PHARMA, INC., et. al., <br> Defendants. | Case No. SACV15-599 JLS (JCGx) <br><br> **JURY VERDICT FORM** |

1

# SPECIAL VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

## FINDINGS ON THE JURY:

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case:

### Infringement

1. Has Plaintiff proven that it is more likely than not that Defendants induced their customers to infringe the '676 patent?

Yes: ✓   No: ___

**If you answered "No" to Question 1, please proceed directly to the end of the form (Page 3), sign and date it, and inform the bailiff that you have reached a verdict. If you answered "Yes" to Question 1, please proceed to Question 2.**

### Willfulness

2. Has Plaintiff proven that it is more likely than not that Defendants' infringement of the '676 patent was willful?

Yes: ✓   No: ___

**If you answered "Yes" to Question 2, please proceed to Question 3. If you answered "No" to Question 2, please also proceed to Question 3.**

**Damages**

3. What has Plaintiff proven it is entitled to as a reasonable royalty for Defendants' infringing sales?

**Please complete only one of the two methods provided below.**

a. A royalty payment of _____ x _____% = $_____
                                 [base revenue]   [rate]

OR

b. A fixed number of dollars per unit sold: $.76 x 8,990,582 = $ 6,832,842
                                                               [dollars]   [units sold]

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should sign and date the verdict form in the spaces below and notify the Bailiff that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: 9/25/17                Signed: _____

                                                      Presiding Juror