**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMAGENETIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBINSON PHARMA, INC., et. al.,<br><br>Defendants. | Case No. SACV15-599 JLS (JCGx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENHANCED DAMAGES, ATTORNEYS' FEES, AND INTEREST** |

# [PROPOSED] ORDER

Having considered Plaintiff's Motion for Enhanced Damages, Attorneys' Fees, and Interest, the Court finds that Plaintiff's Motion should be granted.

Accordingly, it is hereby ordered:

a. The jury's damages award of $6,832,842.00 is hereby trebled to $20,498,526.00, pursuant to 36 U.S.C. § 284;

b. The Court finds this to be an exceptional case, and, accordingly, awards Plaintiff $895,571.00 in attorneys' fees and $28,825.61 in costs, pursuant to 35 U.S.C. § 285;

c. An award of pre-judgment at the Prime rate, compounded yearly, is appropriate, and, accordingly, the Court awards Plaintiff $1,460,264 [plus any interest accrued from November 1, 2017 through the date of judgment] in pre-judgment interest, pursuant to 35 U.S.C. § 284;

d. An award of post-judgment interest is appropriate on all damages, attorneys' fees, costs, and pre-judgment interest, pursuant to 28 U.S.C. § 1961, which will begin to accrue from the date of judgment until the judgment is satisfied in full.

Judgment shall be entered accordingly.

DATED: _____        _____
                                    UNITED STATES DISTRICT JUDGE