R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Hee Jae J. Yoon CA Bar No. 298,925
yoon@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-691-1086

Attorneys for Defendants,
ROBINSON PHARMA, INC.; DOCTOR'S CLINICAL, INC., d/b/a U.S. Doctor's Clinical; GERO VITA, INC.; NUTRIVITA LABORATORIES, INC.; VITASTRONG, INC., d/b/a GardaVita

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>ROBINSON PHARMA, INC., et al.<br><br>   Defendants. | CASE NO. SACV15-599-JLS(JCGx)<br><br>**DECLARATION OF TUONG NGUYEN IN SUPPORT OF DEFENDANTS' MOTION FOR RECUSAL**<br><br>Date: December 1, 2017<br>Time: 2:30 PM<br>Courtroom: 10A<br><br>**The Hon. Judge Josephine L. Staton** |

I, Tuong Nguyen, hereby declare and state that:

1. I am the Chief Executive Officer of Defendant Robinson Pharma, Inc. I have personal knowledge of the facts herein. If called upon to do so, I could and would competently testify that:

2. On October 6, 2014, One LLP, prior counsel for Defendant Robinson Pharma in an unrelated matter, filed a complaint for breach of contract against Robinson Pharma in the Orange County Superior Court, Case no. 30-2014-00749074. One LLP alleged breach of contract and sought damages of $860,045.10 in damages from Robinson Pharma, its related subsidiaries, and from me personally. One LLP's allegations for breach of contract involved a fee dispute between attorney and client.

3. On or about October 20, 2015, One LLP and Robinson Pharma settled the parties dispute for a little less than the half the amount sought by One LLP.

4. On October 5, 2017, I met with an attorney, Mr. Lester Savit of One LLP, concerning this instant Imagenetix lawsuit. At this meeting, Mr. Savit informed me that his law firm would have a conflict of interest in representing Defendants because a partner at One LLP is married to Judge Josephine Staton. I was unaware of this fact until Mr. Savit informed me on October 5, 2017. I have asked my management staff and no one at Robinson Pharma was aware of the marriage of Judge Staton to a partner at One LLP before I learned of it on October 5, 2017.

5. Mr. Savit's information regarding Judge Staton's spouse surprised me because One LLP had sued Defendant Robinson Pharma, Inc. and me personally for fees in the amount of $860,045.10 (One LLP v. Robinson Pharma, Inc., et al.; Orange County Superior Court Case No. 30-2014-00749074) on October 6, 2014.

6. Judge Josephine L. Staton never disclosed that her spouse was a One LLP partner, which was an adverse party in the state court.

7. On or about October 9, 2017, I met with Mr. R. Joseph Trojan regarding the instant Imagentix lawsuit and retained his firm to handle the litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 16th day of October, 2017 in Santa Ana, California.

_____
Tuong Nguyen

-2-