1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC., ET AL., | Case No.: SACV15-599 JLS (JCGx) |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| v. | |
| ROBINSON PHARMA, INC., ET AL., | Judge: Hon. Josephine L. Staton |
| Defendant. | Dept: Courtroom 10A |

## **ORDER GRANTING STIPULATION OF DISMISSAL**

Having considered Imagenetix, Inc., et al. and Vitastrong's Stipulation of Dismissal, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismissed with prejudice the present action. Each party will bear its own attorneys' fees and costs incurred in connection with this action.

IT IS SO ORDERED.

Dated: October 11, 2018

                                             JOSEPHINE L. STATON
                                             HON. JOSEPHINE L. STATON
                                             United States District Judge